# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARLYA DEPAUW, et al.,

    Plaintiffs,

v.  Case No. 11-12032

MORTGAGE ELECTRONICS REGISTRATION SYSTEMS, INC.

    Defendant.
                                         /

## ORDER DISMISSING WITHOUT PREJUDICE

Plaintiffs filed a complaint against Defendants on May 9, 2011, alleging subject matter jurisdiction through diversity of citizenship. *See* 28 U.S.C. § 1332. On May 17, 2011, the court issued an order to show cause why the case should not be dismissed for lack of subject matter jurisdiction by May 25, 2011. (5/17/2011 Order.) As Plaintiffs have not shown cause, the court will dismiss the matter without prejudice. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITHOUT PREJUDICE.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: May 27, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 27, 2011, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522